IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| COLUMBIA NATIONAL INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CASE NO. CV416-012 |
| LIBERTY MUTUAL FIRE INSURANCE COMPANY, as subrogee of Diplomat Companies, and ENVIRONMENTAL RECOVERY CORPORATION, INC. | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

## ORDER

Before the Court is Plaintiff's Notice of Dismissal With Prejudice. (Doc. 27.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing "a stipulation of dismissal signed by all parties who have appeared." As requested, Plaintiff's claims against Defendants are **DISMISSED WITH PREJUDICE** with each party to bear its own costs and attorney fees. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 27th day of July 2017.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA